# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO MONTANA GUERRERO,<br><br>　　　　　　Petitioner,<br><br>vs.<br><br>TERRI GONZALEZ, Warden,<br><br>　　　　　　Respondent. | Case No. CV 10-8338-R (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: _June 9, 2011__

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE

1