JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PEDRO MONTANA GUERRERO, | ) Case No. CV 10-8338-R (DTB) |
|---|---|
| Petitioner, | ) **J U D G M E N T** |
| vs. | ) |
| TERRI GONZALEZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: _June 9, 2011_

_____
MANUEL REAL
UNITED STATES DISTRICT JUDGE

1